UNITED STATES of America,
Plaintiff—Appellee,

v.

Bobby Jack DELAUDER, Defendant—
Appellant.

No. 03–7416.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 19, 2004.

Decided Feb. 25, 2004.

Bobby Jack DeLauder, Appellant pro se.
Sharon Mullen Frazier, Office of the United States Attorney, Huntington, West Virginia, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Bobby Jack DeLauder seeks to appeal the district court's order denying DeLauder's motion to require the government to allow him to "demonstrate ordinance." We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*DISMISSED*